## ROUSE v. WILLIAMS REALTY & BLDG. CO.

[354 N.C. 357 (2001)]

THOMAS M. ROUSE, SANDY ROUSE, AND FEDERAL INSURANCE COMPANY v.
WILLIAMS REALTY BUILDING COMPANY, INCORPORATED

No. 263A01

(Filed 9 November 2001)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 143 N.C. App. 67, 544 S.E.2d 609 (2001), affirming an order for summary judgment entered 25 October 1999 by Stephens (Ronald L.), J., in Superior Court, Wake County. Heard in the Supreme Court 16 October 2001.

*Everett Gaskins Hancock & Stevens, by E.D. Gaskins, Jr., and K. Matthew Vaughn, for cross-claim plaintiff-appellees Thomas and Sandy Rouse.*

*Brown, Crump, Vanore & Tierney, L.L.P., by Andrew A. Vanore, III, and Christopher G. Lewis, for cross-claim defendant-appellant Federal Insurance Company.*

PER CURIAM.

AFFIRMED.